### 7183.   HAWKINS *v.* THE STATE.

BROYLES, J.   The evidence authorized the verdict; no error of law is complained of, and the court did not err in overruling the motion for a new trial.                    *Judgment affirmed.   Russell, C. J., absent.*

DECIDED APRIL 17, 1916.

Accusation of manufacture of liquor; from city court of Sandersville—Judge Jordan.   December 10, 1915.

*W. M. Goodwin,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.